EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB (CA Bar No. 137909)
GARRETT COYLE[1]
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423/6167
    Facsimile: (213) 894-7819
    E-mail: keith.staub@usdoj.gov
           garrett.coyle@usdoj.gov

*Attorneys for Defendant United States of America*

FILED
CLERK, U.S. DISTRICT COURT
12/18/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DL_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **Cesar Carillo-Moreno**; **Angelica Rosales**; **Angelica Pacheco**; **A.G.**, a minor; and **E.G.**, a minor,<br><br>    Plaintiffs,<br><br>– v. –<br><br>**United States of America**; and **Does 1–10**, inclusive,<br><br>    Defendants. | No. 14-cv-4468 PJW<br><br>[~~Proposed~~] Order Dismissing Action |

---

[1] Admitted to practice under Local Rule 83-2.1.4.1. *See* Order, *In re Garrett Coyle*, C.D. Cal. No. 14-mc-527 (Jul. 23, 2014).

1  The parties having filed a stipulation for compromise settlement and dismissal,

2  **It is hereby ordered**:

3  1.   This action is dismissed with prejudice in its entirety; and

4  2.   Each party shall bear its own costs of suit and fees.

8  Dated:  December 18, 2015

**Hon. Patrick J. Walsh**
United States Magistrate Judge

11  Presented by:

12  EILEEN M. DECKER
United States Attorney
13  LEON W. WEIDMAN
Assistant United States Attorney
14  Chief, Civil Division

15   /s/ Garrett Coyle
KEITH M. STAUB
16  GARRETT COYLE
17  Assistant United States Attorneys

18  *Attorneys for Defendant*
*United States of America*

1